**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00126-CV

**BRIAN VODICKA AND STEVEN AUBREY, Appellants**

**V.**

**NORTH AMERICAN TITLE COMPANY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-01142**

## ORDER

Appellants' motion for extension of time to file motion for rehearing is **GRANTED**, and

the time for appellants' to file their motion for extension of time is **EXTENDED** to February 28,

2014.


                                    /s/     LANA MYERS
                                            JUSTICE